No. 95–8193. STANDING BEAR v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 95–8195. CLARK v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 95–8200. GARNER v. OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 95–8201. HUREL GUERRERO v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 95–8203. FARMER v. HAWK ET AL. C. A. 11th Cir. Certiorari denied.

No. 95–8206. CAMPBELL v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 95–8207. COFFIN v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 95–8208. BARBOUR v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 95–8210. SANDERS ET AL. v. UNITED STATES ET AL. C. A. 10th Cir. Certiorari denied.

No. 95–8212. ASHLEY v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 95–8220. HELMSTETTER v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 95–8222. GOODMAN v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 95–8225. CARRAZANA v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 95–8229. MILLER v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 95–8231. MACARMOUR v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 95–8234. JACKSON v. UNITED STATES. Ct. App. D. C. Certiorari denied.